

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-20-00250-CV

CURTIS CAPPS AND THE UNKNOWN HEIRS AND
PUBLICATION HEIRS OF ALEX SCOTT, DECEASED, APPELLANTS

V.

CITY OF BRYAN, TEXAS, A TEXAS HOME RULE MUNICIPAL CORPORATION
D/B/A BRYAN TEXAS UTILITIES, APPELLEE

On Appeal from the 361st District Court[1]
Brazos County, Texas
Trial Court No. 19-000070-CV-361, Honorable Steve Smith, Presiding

November 17, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellants, Curtis Capps and the Unknown Heirs and Publication Heirs of Alex

Scott, deceased, appeal from the trial court's *Order Granting, in Part, and Denying, in

Part, City of Bryan's Motion for Traditional Summary Judgment*.  Now pending before this

Court is "Appellants' Joint Motion to Voluntarily Dismiss Appeal."  The Court finds the

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Pursuant to the motion, costs will be taxed against Appellants. TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam